■ STEVEN WEISMAN, an Infant, by His Father and Natural Guardian GILBERT WEISMAN, et al., Respondents, v. LILLIAN F. CONEVERY et al., Appellants.—

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■ In the Matter of DANIEL PHILIP LEVITT, Petitioner.

Beldock, P. J., Ughetta, Christ, Brennan and Rabin, JJ., concur.